UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

JOANNA BAIRD and LINDA GREGERSEN,
on behalf of themselves and all those                Case No. 26-cv-00374
similarly situated,

                Plaintiffs,              **NOTICE OF**
    v.                                       **VOLUNTARY DISMISSAL**
                           (without prejudice)

MELISSA AGARD, in her official capacity
as executive to Dane County; KALVIN D.
BARRETT, in his individual and official
capacities; DOES 1–25, being all law enforcement
and "contractor" security sued in their individual
capacities; RIDGLAN FARMS, INC. and
JAMES A. BURNS,
                Defendants.

_____

Plaintiffs JOANNA BAIRD and LINDA DEE GREGERSEN, by their counsel, Susan Chana Lask, Esq., hereby voluntarily dismiss this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Although no explanation is required, Plaintiffs take this step to avoid interfering with criminal proceedings filed after this action and now scheduled for trial in September 2026. After more than 100 hours of investigation, legal research, witness interviews, and communications with state and federal authorities, counsel determined that the substantial overlap in witnesses, evidence, and issues presents Fifth Amendment concerns while the criminal action proceeds. Plaintiffs also respect the requests of certain criminal defendants who cannot safely or reasonably participate in civil litigation while those charges remain pending.

Plaintiffs further seek to ensure that this action does not impede today's announced agreement to release the remaining Ridglan beagles and close Ridglan's operations. Allowing the criminal proceedings and the dogs' release to proceed without collateral interference best serves the interests of justice and the animals whose welfare prompted this action.

This dismissal is without prejudice. Counsel represents only Joanna Baird and Linda Dee Gregersen. No class was certified by the court nor could it be reasonable to request with criminal proceedings pending. Counsel or Plaintiffs do not represent or waive the rights of any other person.

Dated: June 15, 2026                    Law Offices of Susan Chana Lask

                            /s/ Susan Chana Lask
                            Susan Chana Lask, Esq.
                            244 Fifth Avenue, #2369
                            New York, NY 10001
                            (917) 300-1958
                            *Counsel for Plaintiffs*

1